Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

FILED
2026 MAR 9 AM 11:53
CLERK
U.S. DISTRICT COURT

for the

_____ District of Utah_____

_____ Division

| | |
|---|---|
| David D Crossett, M.S/M.S/11%JD<br>cockroach disability law center<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br>Whipple Plumbing inc. doing business as Whipple<br>services champions Jeff (individual) Stuart (individual),<br>Jacquelyn Judd, Kent Whipple,<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☑ Yes   ☐ No<br><br>**Case: 1:26−cv−00033**<br>**Assigned To : Oberg, Daphne A.**<br>**Assign. Date : 3/9/2026**<br>**Description: Crossett v Whipple**<br>**Plumbing et al** |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David D crosset |
| Address | 650 s main st 6303 |
| | bountiful                ut              84010 |
| | *City*           *State*          *Zip Code* |
| County | bounitful |
| Telephone Number | (385)215-0113  (385)424-7204 |
| E-Mail Address | davidx44@yahoo.com  ,  cockroachdisability@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Whipple Plumbing |
| Job or Title *(if known)* | llc |
| Address | 1152 W 2400 S |
| | West Valley City            ut              84119 |
| | *City*           *State*          *Zip Code* |
| County | salt lake city |
| Telephone Number | 8015152213 |
| E-Mail Address *(if known)* | customerservice@whippleplumbing.com |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kent Whipple |
| Job or Title *(if known)* | Member |
| Address | 963 W Folsom Ave |
| | Salt Lake City            ut              84104 |
| | *City*           *State*          *Zip Code* |
| County | |
| Telephone Number | (801) 359-7141 |
| E-Mail Address *(if known)* | customerservice@whippleplumbing.com |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name | Ms. Jackie Judd

Job or Title *(if known)* | COO

Address | 1805 W 2900 S Unit 1

| ogden | ut | 84401 |
| *City* | *State* | *Zip Code* |

County

Telephone Number | (801) 735-3060

E-Mail Address *(if known)* | customerservice@whippleplumbing.com

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4

Name | Jeff

Job or Title *(if known)* | customer relations

Address | 1152 W 2400 S

| west valley | ut | 84119 |
| *City* | *State* | *Zip Code* |

County

Telephone Number | 8015152213

E-Mail Address *(if known)* | customerservice@whippleplumbing.com

[ ] Individual capacity   [✔] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
650 s main st 6303 bountiful utah 84010

B.  What date and approximate time did the events giving rise to your claim(s) occur?
May 7, 2025 @2pm

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Plaintiff David Dwayne Crossett is a legally blind and homebound individual with multiple disabilities, including Bipolar I disorder, heart disease, and Type 2 diabetes requiring an insulin pump. Over approximately three years, Defendant Whipple Plumbing, Inc., doing business as Whipple Service Champions, installed and maintained customized plumbing and electrical systems at Plaintiff's residence designed to accommodate Plaintiff's disabilities and allow independent living through voice-activated and accessibility-dependent home infrastructure.
Plaintiff maintained a paid service membership providing priority service necessary to maintain these disability-related systems. In approximately May 7th 2025 after a routine service visit, Defendant employees allegedly reported that Plaintiff made derogatory comments, which Plaintiff denies. Based on that report, Defendants terminated Plaintiff's membership and refused further service despite knowledge of Plaintiff's disabilities and reliance on the systems they installed.
Plaintiff alleges that termination of service denied him full and equal enjoyment of a place of public accommodation in violation of the Americans with Disabilities Act and created serious risks to health, safety, and independent living. Plaintiff also alleges defamation arising from false statements made by Defendant employees leading to cancellation of services.

**Continuation of reply to question C (What are the facts underlying your claims:)**

Plaintiff David Dwayne Crossett is a legally blind and homebound individual with multiple disabilities, including Bipolar I disorder, heart disease, and Type 2 diabetes requiring an insulin pump. Over approximately three years, Defendant Whipple Plumbing, Inc., doing business as Whipple Service Champions, installed and maintained customized plumbing and electrical systems at Plaintiff's residence designed to accommodate Plaintiff's disabilities and allow independent living through voice-activated and accessibility-dependent home infrastructure.

Plaintiff maintained a paid service membership providing priority service necessary to maintain these disabilityrelated

systems. In approximately May 7th 2025 after a routine service visit, Defendant employees allegedly reported that Plaintiff made derogatory comments, which Plaintiff denies. Based on that report, Defendants terminated Plaintiff's membership and refused further service despite knowledge of Plaintiff's disabilities and reliance on the systems they installed.

Plaintiff alleges that termination of service denied him full and equal enjoyment of a place of public accommodation in violation of the Americans with Disabilities Act and created serious risks to health, safety, and independent living. Plaintiff also alleges defamation arising from false statements made by Defendant employees leading to cancellation of services.

Plaintiff seeks injunctive relief restoring service access, compensatory damages under state law, and other relief deemed appropriate by the Court.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

n/a

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff asks the Court to order Defendants to reinstate Plaintiff's service membership and resume providing services necessary to maintain accessibility-related home systems relied upon for daily living. Plaintiff also requests compensation for emotional distress, disruption of essential home services, loss of access to specialized support, and costs incurred as a result of Defendants' actions.

Plaintiff seeks actual damages in the amount of fifty thousand dollars ($50,000) based on emotional harm, inconvenience, loss of services, and expenses associated with attempting to secure alternative providers. Plaintiff further seeks punitive damages in the amount of one million dollars ($1,000,000) based on Defendants' alleged conduct after having knowledge of Plaintiff's disabilities and reliance on the services provided.

Plaintiff also requests costs of this action and any additional relief the Court considers appropriate.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        03/02/0226

Signature of Plaintiff      /s/  David D Crossett, cockroach disability law center

Printed Name of Plaintiff     David D Crossett

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Print      Save As...      Add Attachment      Reset